UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-1539 MWF (SKx)**  Date:  September 02, 2022

Title  **Jesse Riles v. Lloyd J. Austin, III, et al.**

---

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 21, 2022, the Court granted Defendant Lloyd J. Austin, III's Motion to Dismiss.  (*See* Order, Docket No. 17).  On June 28, 2022, Plaintiff Jesse Riles filed a First Amended Complaint ("FAC").  (Docket No. 18).  Plaintiff has not yet requested the issuance of Summonses for the newly named Defendants, National Security Agency and Paul M. Nakasone.  Further, pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the FAC will expire on September 26, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 26, 2022**.

- BY PLAINTIFF:  PROOF OF SERVICE of Summons and FAC on Defendants.

    AND/OR

- BY DEFENDANTS:  RESPONSES TO THE FAC.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the FAC.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-1539 MWF (SKx)**                                                    Date:  September 02, 2022

Title          **Jesse Riles v. Lloyd J. Austin, III, et al.**

■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the FAC.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 26, 2022** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm